IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VIOLA IRIS HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-2008-STA-tmp |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Defendant's Motion to Reverse and Remand this case to the Commissioner pursuant to sentence six of § 105(g) of the Social Security Act, 42 U.S.C. § 405(g), to more fully develop the record regarding whether Plaintiff's work as a cleaner/housekeeper can be considered past relevant work. The Magistrate Judge recommended that Defendants' Motion be granted and the case be remanded. Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby ADOPTS the Magistrate Judge's report and recommendation in its entirety and remands the case accordingly.

**IT IS SO ORDERED.**

s/ S. THOMAS ANDERSON
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 19, 2008