IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **VIOLA IRIS HOLLAND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 08-2008-STA |
| ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY.,** ) | |
| ) | |
| **Defendant.** ) | |

---

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

---

Before the Court is Plaintiff Viola Iris Holland's attorney Chris A. Cornaghie's Petition for Award of Attorney Fees (D.E. # 14 ), filed on February 18, 2010.  The Magistrate Judge recommended that Plaintiff's attorney's petition be granted on June 24, 2010 (D.E. # 24). Defendant has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted.  Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's report.  Therefore, the Court awards counselor Cornaghie attorney's fees in the amount of $4,894.85.

**IT IS SO ORDERED**.

          **s/ S. Thomas Anderson**
          S. THOMAS ANDERSON
          UNITED STATES DISTRICT JUDGE

          Date: July 16, 2010